IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS GENE MAYBERRY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:00-cv-1043-TMH |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #16) filed on April 9, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #15) filed on March 28, 2013 is adopted;

3. The petitioner's 28 U.S.C. § 2255 motion is DENIED and this case is DISMISSED, as petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this Court to consider a successive § 2255 motion.

DONE this the 6th day of June, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE